| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9845 1854 1037 | A. Received by (Please Print Clearly)    B. Date of Delivery APR 28 2008 <br> C. Signature   X _____   ☐ Agent ☐ Addressee <br> D. Is delivery address different from item 1? ☐ Yes ☐ No <br> If YES, enter delivery address below: |
| 3. Service Type   **CERTIFIED MAIL** | |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |

1. Article Addressed to:

Monsanto Company
c/o CSC - Lawyers Incorporating Service
Post Office Box 526036
Sacramento, CA 95852-6036

John Adams, et al  3:08-cv-1858

PS Form 3811, January 2005    Domestic Return Receipt