1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
|---|---|
| | **ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates to: | |
| Will Bass, Sr.                       06-0087 CRB | |
| Jean M. Benham, et al.               06-1689 CRB | |
| Louise Bush                          06-2431 CRB | |
| Ethel L. Cook                        05-4779 CRB | |
| Junior Counts                        06-2081 CRB | |
| Richard Croft                        06-1901 CRB | |
| David L. Davis                       08-1858 CRB | |
| Robert C. Duke, et al.               07-0056 CRB | |
| Julie E. Greer                       08-1858 CRB | |
| Wayne A. Gunnison                    06-3665 CRB | |
| Jonathan Halley                      05-4781 CRB | |
| Clarice Hare                         05-4735 CRB | |
| Earl J. Lachney                      06-3094 CRB | |
| Robert Lewis                         08-0220 CRB | |
| Randolph D. McMillion, et al.        07-0473 CRB | |
| Lecia Nolan                          06-2434 CRB | |
| Clara Olmsted                        08-1858 CRB | |
| Heathere Ralph                       06-2436 CRB | |
| Martha Taylor                        06-0087 CRB | |

- 1 -
ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB

The Court ordered the plaintiffs identified in the caption to show cause why their actions should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause order, no plaintiff listed in the caption has responded to the Court's order and no plaintiff appeared at the show cause hearing. Accordingly, the actions identified in the above caption are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

Dated: September 25, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 2 -
ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB