1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
|---|---|
| | **ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates to: | |
| Will Bass, Sr.                      06-0087 CRB<br>Jean M. Benham, et al.         06-1689 CRB<br>Louise Bush                       06-2431 CRB<br>Ethel L. Cook                     05-4779 CRB<br>Junior Counts                     06-2081 CRB<br>Richard Croft                     06-1901 CRB<br>David L. Davis                    08-1858 CRB<br>Robert C. Duke, et al.            07-0056 CRB<br>Julie E. Greer                    08-1858 CRB<br>Wayne A. Gunnison                 06-3665 CRB<br>Jonathan Halley                   05-4781 CRB<br>Clarice Hare                      05-4735 CRB<br>Earl J. Lachney                   06-3094 CRB<br>Robert Lewis                      08-0220 CRB<br>Randolph D. McMillion, et al.     07-0473 CRB<br>Lecia Nolan                       06-2434 CRB<br>Clara Olmsted                     08-1858 CRB<br>Heathere Ralph                    06-2436 CRB<br>Martha Taylor                     06-0087 CRB | |

- 1 -
ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB

1  The Court ordered the plaintiffs identified in the caption to show cause why their actions
2  should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause
3  order, no plaintiff listed in the caption has responded to the Court's order and no plaintiff
4  appeared at the show cause hearing. Accordingly, the actions identified in the above caption are
5  DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

6  **IT IS SO ORDERED.**

7  Dated: September 25, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 2 -
ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB