1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND<br>13  PRODUCT LIABILITY LITIGATION | Case No. : 08-1858 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| 14 | |
| 15  John Adams (SC), et al., | |
| 16                         Plaintiffs | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17  vs. | |
| 18  Pfizer Inc, et al., | |
| 19                         Defendants. | |

20

21     Come now the Plaintiffs John Adams (SC); Barbara Bradley (AK); Ruby Brewer (MS);

22  Osborne Burnside (SC); Bill J. Davis (MS); Jim Deloy (MS); Larry Demming (MS); Joyce A.

23  Doetsch (MI); Isolde Ferris (MS); Joan Hadaway (MI); Joe Haddad (MA); Jerry Dine Harden

24  (MS); Deloris V. Hayes (MI); Franklin D. Howard (MS); Howard Jordan (AR); Denny Kiroff

25  (MI); Michael W. Lenling (MI); Lois Livingston (MI); Ira E. Matthews (MS); Randy Matthews

26  (SC); Naomi Porter McKnight (MS); James L. Mitchell (MS); Phillip Necaise (MS); Phyllis J.

27  Novak (WI); Roger G. Nyce (MA); Joann O'Leary (SC); William Lamar Patterson (SC); Judy A.

28  Potter (MI); Leroy Rael (NM); Joseph Ristino (MA); Cheryl Robinson (MI); Rosa Lee Robinson

(MI); Billie Roland (MI); Kathleen Ronca (MA); Norman Rufledt (WI); Geraldine Rule (NM); Stephen Scott (WA); Viola Scott (MS); Edgar Self (SC); John W. Simmons (MS); Agnes Stapler (MS); John Stellabotta (MD); Marjorie Stone (WA); Shirley Tate (MS); Akira Terawaki (SC); Charlie Thornton (MS); Catherine Weigel (WA); James Williams (MI); Art Winkles (MI); and Catherine Ann Wright (MI) in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 10.16, 2009     By: /s/ Navan Ward P.

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009     By: /s/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 22, 2009

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE