1  Frank Woodson
   Navan Ward
2  BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

**FILED**

SEP 2 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>13  PRODUCT LIABILITY LITIGATION | Case No. : 08-1858 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| 14<br>15  John Adams, et al.,<br>16                          Plaintiffs<br>17  vs.<br>18  Pfizer Inc, et al.,<br>19                          Defendants. | <br><br><br>STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE |

20

21      Come now the Plaintiff June Buchholz in the above-entitled action and Defendants, by

22  and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

23  and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named

24  herein only with each side bearing its own attorneys' fees and costs.

25

26

27

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42634441.1

| | | |
|---|---|---|
| 1 | DATED: _____, 2009 | By: /s/ Navan Ward F. |
| 2 | | |
| 3 | | BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. |
| | | 218 Commerce Street |
| 4 | | P.O. Box 4160 |
| | | Montgomery, Alabama 36103 |
| 5 | | Telephone: 334-269-2343 |
| | | Facsimile: 334-954-7555 |

*Attorneys for Plaintiffs*

DATED: Aug 27, 2010   By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9-28-2010

Hon. Charles R. Breyer
United States District Court

-2-