**FILED**

SEP 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Charles R. Houssiere, III
Houssiere Durant & Houssiere, L.L.P.
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056-3812
Telephone: (713) 626-3700
Facsimile: (713) 626-3709
choussi@hdhtex.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No.: 06-7741 CRB**<br><br>**MDL NO. 1699**<br>District Judge: Charles R. Breyer |
| Carol Adams, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc,<br><br>Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Marilyn Moseley, in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure; Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to all parties with each side

-1-

bearing their own attorneys' fees and costs.

DATED: 9-16, 2010   By: _____

**HOUSSIERE DURANT & HOUSSIERE, L.L.P.**
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056-3812
Telephone: (713) 626-3700

*Attorneys for Plaintiffs*

DATED: Sept. 17, 2010   By: /s/ _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9-28-2010   _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**